# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co., | Case No. 0:23-CV-2281 |
| Plaintiff, | |
| v. | NOTICE OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| Constanza Gonzalez, | |
| Defendant. | |

TO: Defendant Constanza "Connie" Gonzalez, 1319 N 200 W, Orem, Utah 84057.

PLEASE TAKE NOTICE THAT, on _____, 2023, before the United States District Court for the District of Minnesota, located at the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Plaintiff will be heard on its motion for a temporary restraining order and preliminary injunction as follows:

1. Enjoining Defendant Connie Gonzalez, for 90 days from the date of the Court's Order, from soliciting any Piper client or potential client with whom Gonzalez had contact within the last 12 months of her employment at Piper;

2. Enjoining Gonzalez from disclosing, using or misappropriating any confidential information of Piper Sandler & Co.; and

3. Enjoining Gonzalez to provide, unaltered, all devices she has used from the start of her employment with Piper on January 3, 2022 to the present so that Piper may have an independent

forensic examiner review the devices and, if necessary, scrub the devices of all Piper information.

                                           **ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated:  August 2, 2023        By:  *s/ Joseph W. Anthony*
                                              Joseph W. Anthony (#0002872)
                                              janthony@anthonyostlund.com
                                              Peter J. McElligott (#397578)
                                              pmcelligott@anthonyostlund.com
                                              William R. Paterson (#401045)
                                              wpaterson@anthonyostlund.com
                                              90 South 7th Street
                                              3600 Wells Fargo Center
                                              Minneapolis, MN  55402
                                              Telephone:  612-349-6969

                                              **ATTORNEYS FOR PLAINTIFF**