# Gulley, Drew

| | |
|---|---|
| **From:** | Becker, Benjamin |
| **Sent:** | Tuesday, July 25, 2023 11:09 AM |
| **To:** | Bishop, Zachary |
| **Subject:** | FW: View 78 C-Pace [EXTERNAL] |

**Benj Becker**
Senior Vice President | Special District Group
Public Finance Investment Banking

**Piper Sandler & Co.**
250 East 200 South, 16th Floor
Salt Lake City, UT 84111
**O** (385) 282-4071
M (385) 977-7883
benj.becker@psc.com
www.pipersandler.com

---

**From:** Scott MacMeekin <scott.macmeekin@gardnergroup.com>
**Sent:** Friday, July 21, 2023 4:31 PM
**To:** Samuel Elder <selder@dadco.com>; Gonzalez, Connie <Connie.Gonzalez@psc.com>
**Subject:** RE: View 78 C-Pace [EXTERNAL]

Sounds good, let's connect next week.

**Scott MacMeekin** | Senior Financial Analyst
M: 801.696.4267
gardnergroup.com

---

**From:** Samuel Elder <selder@dadco.com>
**Sent:** Friday, July 21, 2023 4:28 PM
**To:** Scott MacMeekin <scott.macmeekin@gardnergroup.com>; Gonzalez, Connie <Connie.Gonzalez@psc.com>
**Subject:** RE: View 78 C-Pace

Scott,

Thanks for sending over. I think it would be helpful if we jumped on another quick call next week to walk through the Pro-Forma. I want to make sure I understand what your seeking here before I dive in with a few lenders.

Best,
Sam

**SAM ELDER | Senior Vice President, Public Finance**
selder@dadco.com | w: 801.994.3167 | c: 801.560.5152
D.A. Davidson & Co.
95 State St, 15th Floor, Salt Lake City, UT  84111



Special District Group Disclaimer –

1

# EXHIBIT 1

Unless otherwise agreed to, the primary role of Davidson, as an underwriter/placement agent, is to purchase securities for resale to investors, in an arm's-length commercial transaction between the Issuer and Davidson or to arrange for placement of securities with an investor. As underwriter/placement agent Davidson is not acting as a fiduciary to the Issuer and Davidson has financial and other interests that may differ from those of the Issuer.

**From:** Scott MacMeekin <scott.macmeekin@gardnergroup.com>
**Sent:** Friday, July 21, 2023 4:07 PM
**To:** Gonzalez, Connie <Connie.Gonzalez@psc.com>; Samuel Elder <selder@dadco.com>
**Subject:** View 78 C-Pace

You don't often get email from scott.macmeekin@gardnergroup.com. Learn why this is important

**This Message originated outside D.A. Davidson. Always use caution when opening attachments or clicking links.**

Connie,

My apologies for getting back to you late, I think my first email was too large a file size.  Here are those items you requested.

Thanks,



Scott MacMeekin | Senior Financial Analyst
M: 801.696.4267
201 S. Main Street, Suite 2000 | Salt Lake City, Utah 84111
gardnergroup.com

D.A. Davidson Companies Disclaimer -- 2023-07-21
Please read this important notice and confidentiality statement:
D.A. Davidson Companies does not accept orders from retail clients to buy or sell securities via e-mail. Although clients may discuss taxes, accounting and estate planning with their D.A. Davidson Professional, D.A. Davidson does not give tax, accounting or legal advice, and clients must verify all information with their tax advisor, accountant and/or attorney. Information contained in this e-mail is not considered an official record of your account and does not supersede trade confirmations and account statements. Any information provided has been prepared from sources believed to be reliable but is not guaranteed and is for informational purposes only. This e-mail may be privileged and/or confidential, and the sender does not waive any related right or obligation. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If this e-mail was misdirected or you received it in error please disregard. Information received or sent from this system is subject to review by supervisory personnel, is retained and may be produced to regulatory authorities or others with a legal right to the information. Additional important disclosures can be found at https://www.dadavidson.com