# AFFIDAVIT OF SERVICE

| Case:<br>0:23−cv−02281−NEB−DTS | Court:<br>United States District Court | County:<br>District of Minnesota, MN | Job:<br>9300575 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Piper Sandler & Co. | | **Defendant / Respondent:**<br>Constanza Gonzalez | |
| **To be served upon:**<br>Constanza Gonzalez | | | |

I, Crystal Williams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

| | |
|---|---|
| **Recipient Name / Address:** | Grace Gonzales, 1319 N 200 W, Orem, UT 84057 |
| **Manner of Service:** | Substitute Service - Abode, Aug 2, 2023, 7:52 pm MDT |
| **Documents:** | Complaint; Civil Cover Sheet; Summons; Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction; Notice of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction; Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction; Declaration of William R. Paterson; Declaration of Zacharay Bishop; Declaration of Benjamin Becker; Declaration of Mark Lanterman (Redacted and Unredacted) in Support of Plaintiff's Motion for Injunctive Relief; [Proposed] Findings of Fact, Conclusions of Law, and Order Granting Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction |

**Additional Comments:**
1) Successful Attempt: Aug 2, 2023, 7:52 pm MDT at 1319 N 200 W, Orem, UT 84057 received by Grace Gonzales. Age: 70; Ethnicity: Hispanic; Gender: Female; Weight: 180; Height: 5'5"; Hair: Gray; Eyes: Brown; Relationship: Sister;

*Crystal Williams*     08/03/2023

Crystal Williams     Date
A131341

Platinum Courier Service
P O Box 234
Rogers, MN 55374