## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co., | Case No. 23-cv-02281-PJS-DTS |
| Plaintiff, | |
| v. | **RULE 7.1 DISCLOSURE** |
| Constanza Gonzalez, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Piper Sandler & Co. states that it is the wholly owned subsidiary of Piper Sandler Companies, a publicly traded corporation.

Piper Sandler & Co. is a Delaware corporation with a principal place of business at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Companies is also a Delaware corporation with a principal place of business at 800 Nicollet Mall, Minneapolis, MN 55402.

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated:  August 3, 2023    By:  *s/ Joseph W. Anthony*
　　　　　　　　　　　　　　　Joseph W. Anthony (#0002872)
　　　　　　　　　　　　　　　janthony@anthonyostlund.com
　　　　　　　　　　　　　　　Peter J. McElligott (#397578)
　　　　　　　　　　　　　　　pmcelligott@anthonyostlund.com
　　　　　　　　　　　　　　　William R. Paterson (#401045)
　　　　　　　　　　　　　　　wpaterson@anthonyostlund.com
　　　　　　　　　　　　　　　90 South 7th Street
　　　　　　　　　　　　　　　3600 Wells Fargo Center
　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　Telephone:  612-349-6969

　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**