UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co., | Case No. 0:23-CV-2281 |
| Plaintiff, | |
| v. | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |
| Constanza Gonzalez, | |
| Defendant. | |

Pursuant to Local Rule 5.6, Exhibits 2 and 3 to the Declaration of William R. Paterson (Dkt. #8) are filed under temporary seal. The exhibits are filed under temporary seal because the documents contain confidential file names that identify current and prospective clients of Piper Sandler & Co., which are confidential, along with current and potential projects that Piper Sandler & Co. is working on, which are also confidential. Put simply, the exhibits identify sensitive and confidential business information that should not be disclosed to the public.

The entirety of each document has been filed under seal because redaction is impracticable.

2

                                 **ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated: August 3, 2023      By:  *s/ Joseph W. Anthony*

                                             Joseph W. Anthony (#0002872)
                                             janthony@anthonyostlund.com
                                             Peter J. McElligott (#397578)
                                             pmcelligott@anthonyostlund.com
                                             William R. Paterson (#401045)
                                             wpaterson@anthonyostlund.com
                                             90 South 7th Street
                                             3600 Wells Fargo Center
                                             Minneapolis, MN  55402
                                             Telephone:  612-349-6969

                                             **ATTORNEYS FOR PLAINTIFF**