## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Piper Sandler & Co.,                                            Case No.  0:23-CV-2281

       Plaintiff,

v.

Constanza Gonzalez,                                    **STATEMENT INSTEAD OF**
                                                                    **REDACTED DOCUMENT**

       Defendant.

Pursuant to Local Rule 5.6, the Declaration of Mark Lanterman in Support of Plaintiff's Motion for Injunctive Relief and attached Exhibits B and C (Dkt. #12) are filed under temporary seal.  Exhibit B is filed under temporary seal because it identifies current and prospective Piper projects, which are confidential, including the location of the project and the pricing information for the project. This document should not be made publicly available. Exhibit C is filed under temporary seal because similar to Exhibit 2 and 3 of the Paterson Declaration, this exhibit lists confidential file names that identify current and prospective clients of Piper Sandler & Co., which are confidential, along with current and potential projects that Piper Sandler & Co. is working on, which are also confidential. These exhibits identify sensitive and confidential business information that should not be disclosed to the public.

The entirety of each of the Exhibits (B and C) have been filed under seal because redaction is impracticable.  A redacted version of the Declaration of Mark Lanterman has been filed as "Redacted" at Docket No. 11.

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated:  August 3, 2023    By:  *s/ Joseph W. Anthony*

Joseph W. Anthony (#0002872)
janthony@anthonyostlund.com
Peter J. McElligott (#397578)
pmcelligott@anthonyostlund.com
William R. Paterson (#401045)
wpaterson@anthonyostlund.com
90 South 7th Street
3600 Wells Fargo Center
Minneapolis, MN  55402
Telephone:  612-349-6969

**ATTORNEYS FOR PLAINTIFF**