# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co., | Case No. 0:23-CV-2281 |
| Plaintiff, | |
| v. | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |
| Constanza Gonzalez, | |
| Defendant. | |

Pursuant to Local Rule 5.6, the Declaration of Mark Lanterman in Support of Plaintiff's Motion for Injunctive Relief (Dkt. #23) and attached Exhibits B and C (Dkts. #26 and 27) are filed under temporary seal. Exhibit B is filed under temporary seal because it identifies current and prospective Piper projects, which are confidential, including the location of the project and the pricing information for the project. This document should not be made publicly available. Exhibit C is filed under temporary seal because similar to Exhibit 2 and 3 of the Paterson Declaration, this exhibit lists confidential file names that identify current and prospective clients of Piper Sandler & Co., which are confidential, along with current and potential projects that Piper Sandler & Co. is working on, which are also confidential. These exhibits identify sensitive and confidential business information that should not be disclosed to the public.

The entirety of each of the Exhibits (B and C) have been filed under seal because redaction is impracticable.  A redacted version of the Declaration of Mark Lanterman has been filed as redacted at Docket No. 24.

          **ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated:  August 4, 2023     By:  *s/ Joseph W. Anthony*
                                      Joseph W. Anthony (#0002872)
                                      janthony@anthonyostlund.com
                                      Peter J. McElligott (#397578)
                                      pmcelligott@anthonyostlund.com
                                      William R. Paterson (#401045)
                                      wpaterson@anthonyostlund.com
                                      90 South 7th Street
                                      3600 Wells Fargo Center
                                      Minneapolis, MN  55402
                                      Telephone:  612-349-6969

                                      **ATTORNEYS FOR PLAINTIFF**