DIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co.,<br><br>    Plaintiff,<br><br>v.<br><br>Constanza Gonzalez,<br><br>    Defendant. | Case No. 0:23-cv-02281-NEB-DTS<br><br><br>**DEFENDANT'S LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Daniel J. Supalla, certify that Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for a Temporary Restraining Order complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including footnotes and quotations, in the following word count.

I further certify that the above-referenced memorandum contains <u>4,564</u> words, exclusive of the caption and signature block.

                                            **NILAN JOHNSON LEWIS PA**

Dated: August 11, 2023              By: */s/ Daniel J. Supalla*
                                                     Joel Andersen (MN #352573)
                                                     Daniel J. Supalla (MN #0387064)
                                                250 Marquette Avenue South, Suite 800
                                                Minneapolis, Minnesota 55401
                                                Telephone: (612) 305-7500
                                                jandersen@nilanjohnson.com
                                                dsupalla@nilanjohnson.com

                                                             and

2

**LAWRENCE KAMIN, LLC**

John S. Monical *pro hac vice pending*
Theodore E. Harman *pro hac vice pending*
300 S. Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone: (312) 924-4261
jmonical@lawrencekaminlaw.com
tharman@lawrencekaminlaw.com

**COUNSEL FOR DEFENDANT**