# Attachment A

**PIPER | SANDLER**

**Attestation and Certification of Return or Destruction of Property**

I have reviewed the section of my offer letter entitled "Confidential Information and Unfair Competition; Right to Report Possible Violations of Law", which requires, among other things, that I continue to maintain the confidentiality of proprietary and confidential information of Piper Sandler and its clients ("Confidential Information") and return all such information to Piper Sandler upon my termination. I acknowledge and agree that my confidentiality obligations extend to any Confidential Information in any form, including but not limited to Confidential Information contained in: (i) email, text or other types of electronic messages, (ii) messages or other documents in hard copy form, (iii) electronic documents, regardless of the software application in which such documents reside, and (iv) hardcopy documents (any such documents containing Confidential Information, the "Piper Documents").

I understand that I am not permitted to email, transfer, or otherwise send from my Piper Sandler email account (or any file sharing facility to which I have access at Piper Sandler) to my personal email, any external email or any external file sharing facility, any Piper Documents. I also understand that I am not permitted to otherwise transfer, send or take any Piper Documents from the possession or control of Piper Sandler.

I hereby represent and warrant to Piper Sandler that except for the items set forth below, I have not (i) emailed, transferred or otherwise sent from my Piper Sandler email account (or any file sharing facility to which I have access at Piper Sandler) to my personal email, any external email, or any external file sharing facility, any Piper Documents, (ii) transferred, sent or taken any Piper Documents from the possession or control of Piper Sandler.

With respect to the items set forth below, I represent and warrant that I have permanently destroyed these Piper Documents, have not shared these Piper Documents with any other individuals, have not shared the content of the Piper Documents with any other individuals, and do not currently retain any Piper Documents related thereto.

PowerPoint Presentation.pdf
G.2 Spanish Fork PID Financial Plan 03.06.23.pdf
G.1 Wasatch Rock PID Financial Plan 05.16.23.pdf
SDG Revenue Projection.xlsx
SDG Revenue Projection.xlsx
Snipping Tool Print Job
Snipping Tool Print Job
CG - Tracker 2023.xlsx
TIF Summary Template V4.xlsx
TIF Summary Template V4.xlsx
Fiscal Impacts Calculator (Internal Use Only).xlsx
5.8Business Development_Tracker vF.xlsx
PowerPoint Presentation.pdf
POM TIF Summary Updated.xlsx
Microsoft Word - Credit Summary - Auto Mall & Retail PID.docx
Wasatch Rock Mill Levy Calculator .xlsx
Wasatch Rock Mill Levy Calculator .xlsx
Gonzalez, Connie - Clifton Strengths.pdf
Microsoft Word - 2022 Notes for myself.docx
Microsoft Word - Mid Year Catch Up .docx

4

**PIPER | SANDLER**

    Microsoft PowerPoint - Forward Calendar SDG Updated.pptx
    Microsoft Word - Q&A PID Questions v.23.docx
    Utah PID Summary(5.8.2023).xlsx
    Utah PID Summary(5.8.2023).xlsx
    Microsoft PowerPoint - Fiscal Impacts - Salem.v2.pptx
    Utah PID Summary(5.8.2023).xlsx
    Microsoft Word - Documents and Parties.docx
    Microsoft Word - CW Items.docx
    Microsoft Word - Missionary Advice.docx
    CW Summary (5.15.2023).xlsx
    CG - Utah Pre-Launch Tracker.xlsx
    HTRZ Application_v3_Pages - BB Comments.pdf
    Vineyard HTRZ Presentation.pdf
    RedSky HTRZ Application and Gap Analysis (1).pdf
    VFV_Development_Summary.pdf

*Connie Gonzalez*
_____
Connie Gonzalez

Date:

July 3rd 2023