UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co., | Case No. 0:23-CV-02281 (PJS-DTS) |
| Plaintiff, | |
| v. | **CERTIFICATE OF COMPLIANCE FOR PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| Constanza Gonzalez, | |
| Defendant. | |

I, William R. Paterson, certify that the Plaintiff's Memorandum and Reply Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction comply with Local Rule 7.1(f) and (h).

I further certify that, in preparation of this Memorandum, I used Microsoft Word, Office 365, Version 2307. I certify that the Plaintiff's opening memorandum contains 6,395 words; that number was calculated using Microsoft Word's word-count function. I also certify that Plaintiff's reply memorandum contains 4,157 words; that number was calculated using Microsoft Word's word-count function. Combined, Plaintiff's opening memorandum and reply memorandum contain 10,552 words.

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated: August 15, 2023     By:  *s/ William R. Paterson*
Joseph W. Anthony (#0002872)
janthony@anthonyostlund.com
Peter J. McElligott (#397578)
pmcelligott@anthonyostlund.com
William R. Paterson (#401045)
wpaterson@anthonyostlund.com
90 South 7th Street
3600 Wells Fargo Center
Minneapolis, MN  55402
Telephone:  612-349-6969

**ATTORNEYS FOR PLAINTIFF**