*a*UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co., | Case No. 0:23-CV-02281 – PJS-DTS |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF BENJAMIN BECKER** |
| Constanza Gonzalez, | |
| Defendant. | |

I, Benjamin Becker, state as follows:

1. I am the Senior Vice President of the Special District Group of Piper Sandler & Co. ("Piper"). I am based out of Piper's Salt Lake City, Utah, office. I submit this declaration in further support of Plaintiff's Motion for a temporary restraining order and preliminary injunction.

2. In her declaration, Ms. Gonzalez states that she spoke with a Gardner representative at the Urban Land Institute event on June 28, 2023.

3. At the ULI event, Ms. Gonzalez spoke with Marlin Eldred, Economic Development Director for Lehi City. Mr. Eldred is a current client of Piper, and Ms. Gonzalez had contact with Mr. Eldred and Lehi City in the last year of her employment with Piper. During the conversation, Ms. Gonzalez expressed her desire to Mr. Eldred that he will work with Davidson. The following day, June

29, 2023, Mr. Eldred called me to relay the details of the conversation he had with Ms. Gonzalez.

I swear under penalty of perjury that everything that I have stated in this Declaration is true and correct.

Executed this 15th day of August, 2023, in the City of Salt Lake City, Salt Lake County, State of Utah.

*Benjamin Becker*

s/_____
Benjamin Becker

2