UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Piper Sandler & Co.<br><br>      Plaintiff,<br><br>v.<br><br>Constanza Gonzalez,<br><br>      Defendant. | Case No. 0:23-CV-2281<br><br>**DECLARATION OF<br>CONSTANZA GONZALEZ<br>DATED AUG 16, 2023** |

I, Constanza Gonzalez, state as follows:

1. I am the Defendant in the captioned matter. On August 15, 2023, Plaintiff, Piper Sandler & Co. ("Piper") filed a Supplemental Declaration of Benjamin Becker ("Benj"). I submit this supplemental declaration to respond to the statements made therein.

2. Marlin Eldred is the Economic Development Director for Lehi City. To my knowledge, neither Mr. Eldred nor Lehi City are clients or prospective clients of Piper. Mr. Eldred is an employee of Lehi City, who I believe coordinates projects for Lehi City, whether those projects are for clients of Piper or DA Davidson. To my knowledge, Mr. Eldred has no business to send to Piper or DA Davidson and has no influence over whether potential clients engage Piper or DA Davidson. During my time at Piper, my team was never instructed to (and never did) seek work from Lehi City (or any other municipality).

3. At the ULI event, Mr. Eldred told me that he had a call scheduled with Piper the next day. He asked whether I would be on the call. I told him that I would not be on the call because I no longer worked at Piper and now worked at DA Davidson. Nothing I did was within the meaning of 'solicit' as I understand the word.

4. Piper and DA Davidson run in the same circles. They know the same people, do work for the same clients, and meet the same non-clients – like Mr. Eldred (a city employee, who happens to coordinate projects with clients) and Aaron Wade (an attorney who works for both Piper and DA Davidson).

5. I am heavily involved in a handful of nonprofit organizations. In addition to serving as the ULI YLG chair, I also serve as a committee member of Crew Utah (commercial real estate group), member of the economic alliance, and director of membership for ALPFA (Association for Hispanic professionals). Many industry experts, city staff, consultants, attorneys, and other non-clients participate in these same organizations. Mr. Eldred was not a client or prospective client of Piper. Clients and prospective clients of both Piper and Davidson also do attend these events. But I have not requested or petitioned their business.

Executed this 16th day of August 2023, in the city of Salt Lake City, Utah.

/s Constanza Gonzalez
Constanza Gonzalez